Andres Diaz (A4309)
Timothy J. Larsen (A10263)
Jonathan A. Diaz (A12073)
**1 ON 1 LEGAL SERVICES, P.L.L.C.**
307 West 200 South, Suite 2004
Salt Lake City, UT 84101
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: DIVORCE MEDIATION INSTITUTE OF UTAH, LLC<br>43 West 9000 South<br>Sandy, UT 84070<br><br>Debtor. | Bankruptcy No. 09T-33309<br>Chapter 7<br><br>FILED ELECTRONICALLY<br><br>Chief Judge William T. Thurman |

*EX PARTE* MOTION TO DISMISS

Divorce Mediation Institute of Utah, LLC (the "Debtor"), by and through counsel, 1 On 1 Legal Services, P.L.L.C., respectfully moves the Court, ex parte, for an Order dismissing this Chapter 7 bankruptcy case. The Debtor bases this Motion upon the following:

1. The Debtor is a Utah company formed as a limited liability company located, and, accordingly, may not receive a discharge.

2. The Debtor and the Trustee agreed that, upon payment of $3,000.00 by the Debtor to the bankruptcy estate, this case would be dismissed.

2. The Debtor has fulfilled this obligation.

WHEREFORE, the Debtor respectfully moves the Court for an Order dismissing this Chapter 7 bankruptcy case and for such other and further relief as the Court deems just and proper.

**1 ON 1 LEGAL SERVICES, PLLC**

By: _____________/s/ Andres Diaz
Andres Diaz, Attorney for the Debtor